MN,ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
## THIRD DIVISION

### Unclaimed Dividends and/or Distributions Less Than $5 For Deposit To Registry Fund

Debtors:   John & Laura Trondson

Chapter 7

Case No. 09-31126

Please Check One:

_____ Unclaimed Dividends

__X__ Distribution Less Than $5

| Name and Address of Creditor | Claim Number | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Wright Hennepin<br>PO Box 330<br>Rockford, MN 55373 | 2 | $184.00 | $3.66 |

Date: March 15, 2010

Mary Jo A. Jensen-Carter, Trustee
1257 Gun Club Road
White Bear Lake, MN 55110
(651) 486-7475

RECEIVED
10 MAR 16 AM 8:10
U.S. BANKRUPTCY COURT
ST. PAUL, MN